UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Gaylord Whitford,

    Plaintiff,

v.                                              Case No. 12-14761

Commissioner of Social Security,        Sean F. Cox
                                                   United States District Court Judge

    Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff filed this action challenging the Commissioner's final denial of his benefits application. Thereafter, the parties filed cross-motions for summary judgment, which were referred to Magistrate Judge Mark Randon.

On January 22, 2014, Magistrate Judge Randon issued a Report and Recommendation ("R&R") (Docket Entry No. 18), wherein he recommends that the Court deny the Commissioner's Motion for Summary Judgment. He further recommends that the Court grant Plaintiff's Motion for Summary Judgment and remand the case, pursuant to sentence four of 42 U.S.C. §405(g), for further proceedings.

Neither party has filed objections to the R&R and the time permitted for doing so has passed.

Accordingly, IT IS ORDERED that the R&R is ADOPTED and this Court hereby: 1) DENIES the Commissioner's Motion for Summary Judgment; and 2) GRANTS Plaintiff's Motion for Summary Judgment and REMANDS this action, pursuant to sentence four of 42

U.S.C. §405(g), for further proceedings consistent with the R&R.

IT IS SO ORDERED.

S/Sean F. Cox
Sean F. Cox
United States District Judge

Dated:  February 11, 2014

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 11, 2014, by electronic and/or ordinary mail.

S/Jennifer McCoy
Case Manager